# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORP. and ROCHE DIABETES CARE, INC., <br><br>　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>BINSON'S HOSPITAL SUPPLIES, INC., NORTHWOOD, INC., OLYMPUS GLOBAL, LLC, DELTA GLOBAL, LLC, ALPHA XE LLC, J&B MEDICAL SUPPLY CO., INC., KENNETH G. FASSE, DONNIE E. DICKSTEIN, JAMES E. BINSON, JAMES E. BINSON II, NICHOLAS B. BINSON, ROBERT A. BINSON, CHRISTOPHER F. SHAYA, FAWZI B. SHAYA, MARY E. SHAYA, DANIEL GLADYS, JEREMIAH MANKOPF, and PHARMACY JOHN DOES 1–50, <br><br>　　　　　　　　　Defendants. | Civil Action No. 1:17-cv-0949 LJM-DML |

## ROCHE'S MOTION FOR EXPEDITED DISCOVERY

　　　　Plaintiffs Roche Diagnostics Corp. and Roche Diabetes Care, Inc. hereby move under Federal Rule of Civil Procedure 26(d)(1) to immediately conduct discovery of non-parties for the purpose of identifying the Pharmacy John Does in advance of the conference required by Federal Rule of Civil Procedure 26(f).

DATED:　　　April 17, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Geoffrey Potter*
　　　　　　　　　　　　　　　　　　　　Geoffrey Potter, Esq.
　　　　　　　　　　　　　　　　　　　　Aron Fischer, Esq.
　　　　　　　　　　　　　　　　　　　　Joseph R. Richie, Esq.
　　　　　　　　　　　　　　　　　　　　Patterson Belknap Webb & Tyler LLP
　　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY  10036-6710
　　　　　　　　　　　　　　　　　　　　Tel: 212-336-2000
　　　　　　　　　　　　　　　　　　　　Fax: 212-336-2222
　　　　　　　　　　　　　　　　　　　　gpotter@pbwt.com
　　　　　　　　　　　　　　　　　　　　afischer@pbwt.com
　　　　　　　　　　　　　　　　　　　　jrichie@pbwt.com

-2-

                                  David O. Tittle, Esq.
                                  Jessica Whelan, Esq.
                                  Bingham Greenebaum Doll LLP
                                  2700 Market Tower
                                  10 West Market Street
                                  Indianapolis, IN 46204
                                  Tel: 317-635-8900
                                  Fax: 317-236-9907
                                  dtittle@bgdlegal.com
                                  jwhelan@bgdlegal.com

                                  *Attorneys for Plaintiffs*
                                  *Roche Diagnostics Corp. and*
                                  *Roche Diabetes Care, Inc.*

9679656v.1

## **CERTIFICATE OF SERVICE**

The foregoing was filed electronically this 17th day of April, 2017.  Notice of this filing will be sent to all attorneys of record in this case by electronic mail.  Notice will be sent to Defendant *pro se* Jeremiah Mankopf by mail to his last known address.

        ___/s/ Joseph R. Richie___
            Joseph R. Richie